Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Marylin J. Grim

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MARYLIN J. GRIM,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 5:13-cv-00492-FFM<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

　　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　　IT IS SO ORDERED.

DATE: October 25, 2013

　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　THE HONORABLE FREDERICK F. MUMM
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　_____

-1-